

**THE ELLIS FIRM**
TRIAL ATTORNEY

WILLIE C. ELLIS, JR., ESQ.  
**ADMITTED IN GEORGIA & NEW YORK**

Office: 770-212-1432  
Email: will@call-ellis.com

March 05, 2025

**VIA ELECTRONIC COURT FILIN**
U.S. District Court Judge
Northern District of Georgia, Atlanta Division
Richard B. Russell Federal Building
2388 United States Courthouse
75 Ted Turner Drive, S.W.,
Atlanta, Georgia 30303-3309

    Re: **Hany Alaswad v. Pilot Travel Centers, LLC**
           United States District Court for the Northern District of Georgia
           Civil Action File No.: 1:24-CV-04467-MLB

## Application for Leave of Absence

Dear Clerk of Court:

Pursuant to Local Rule 83.1E(5) regarding leaves of absence in the United States District Court, Northern District of Georgia, I am hereby tendering my Application for Leave of Absence and request that the above-styled case not be calendared during the following periods:

        April 07, 2025 – April 11, 2025

        June 02, 2025 – June 06, 2025

July 7, 2025 – July 11, 2025

September 24, 2025 – September 26, 2025

September 29, 2025 – October 02, 2025

December 10, 2025 – December 12, 2025

December 15, 2025 – December 16, 2025

I request this protection be applicable to all trials, hearings, or other legal proceedings that might be scheduled or noticed in the case. I am notifying all parties of record for this case by e-filing same using the CM/ECF System which will automatically send e-mail notification of said filing to all attorneys of record.

Thank you for your assistance in this matter.

Very truly yours,

**THE ELLIS FIRM**

_____
Willie C. Ellis Jr.
Georgia Bar No. 246116
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HANY ALASWAD<br><br>　　Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC,<br><br>　　Defendant. | Civil Action File No.<br><br>1:24-CV-04467-MLB |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a true and correct copy of Application for Leave of Absence with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Heather H. Miller, Esq.
Veeda Mashayekh, Esq.
**MCGREW MILLER BOMAR & BAGLEY, LLC**
50 Hurt Plaza, S.E.
Suite 1200
Atlanta, Georgia 30303
hmiller@mmbblaw.com
vmashayekh@mmbblaw.com
*Attorneys for Defendant*

This 5th day of March 2025.

**THE ELLIS FIRM**

*/s/ Willie C. Ellis Jr.*
Willie C. Ellis Jr.
Georgia Bar No. 246116
*Attorney for Plaintiff*

3400 Peachtree Road N.E.
Ste. 725
Atlanta, Georgia 30326
Phone: (770) 212- 1432
Facsimile: (404) 393-2392
will@call-ellis.com